Plaintiff's Amended Complaint 1 of 8    cmc



**FILED**
**9/29/2015**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JUL 22 2015   EAA
7-22-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JASON V. STEPHENS
_____
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/o Miller et. al
TOM DART
_____
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: **15 C 5971**
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY: ∗ **Amended Complaint** ∗

__✓__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A.    Name: JASON V. STEPHENS

    B.    List all aliases: BiLLy Smith, Jason von stephens

    C.    Prisoner identification number: 20140409241

    D.    Place of present confinement: C.C.D.O.C.

    E.    Address: 2700 S. California Ave Chicago, ILL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: THOMAS J. DART

           Title: SHERIFF OF Cook County

           Place of Employment: Richard J. Daley Center 50 w. Washington Room 704

    B.    Defendant: C/o Miller First Name Unknown John Doe #1

           Title: Correctional officer for C.C.D.O.C. Deputy Sheriff

           Place of Employment: Cook County Jail 2700 S. California Ave

    C.    Defendant: _____

           Title: _____

           Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This complaint challenges Thomas J. Dart in his indivisual capacity as thee Sheriff of Cook County Jail and is liable for not responding to plaintiffs two letters sent to him in reguards to C/O Miller John Doe #1 use of unjustified force (excessive force) against plaintiff by punching him in the eye with closed fist violating plaintiff rights under the Fourteenth Amendment without due process. C/O Miller failed to right a disciplinary report or incident report, therefore leads to cruel and unusual punishment in violation of plaintiffs rights under the Eighth Amendment. The sheriffs denial to respond to plaintiffs letters is unequivocally clear that he was negligent in his duties to act on brutal and sadistic acts by his subordinate deputies acting under color of law. On Nov. 20, 2014, I Jason V. Stephens #2014040924 was approached by C/O Miller about how many cell's were let out at one time. This C/O began to get very aggressive with his words and body language. I told C/O Miller I didn't want to talk to him anymore under such condictions as I began to fear my life was in imminent danger of physical bodily harm. C/O Miller then put his Camera (Tazer) in his pocket.

4

Revised 9/2007

I then asked what are you doing, get me a white shirt (sgt. or L.T) c/o Miller laughed and showed me his under shirt and said "here goes your white shirt right here, and then got in my face shouting "your going to see how I take care of my units and out the clear blue he punched me in my right eye with a closed fist. At that time I bagged up away from him repeating get me a white shirt and when the sgt. came I told her what happened and requested medical assistance and she told me to lock-up and she would get me some medical attention but she was lying and did nothing about the situation. I later filed a grievance and still no relief for what happened to me. Even after switching units from 3-south to 3-North where I'm currently at c/o Miller sometimes works 3-North and continues to harass and make jokes about what happened on Nov. 20, 2014. I currently still have problems with my right eye, headaches and bright lights affects me in that I'm momentarily blinded at any given time. Every time I see c/o Miller I fear my life is in imminent danger of physical bodily harm, I have expressed this with several psychiatrist, the psychological impact of this situation and still nothing has been done to my knowledge.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory damages, monetary, punitive damages and all else the court deems just for emotional pain and suffering mental, physical and emotionally

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10th day of July, 20 15

_Jason V. Stephens_
(Signature of plaintiff or plaintiffs)

Jason V. Stephens
(Print name)

2014040924I
(I.D. Number)

P.O. Box 089002, Chicago, IL 60608
(Address)



# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

20140409241

**Complainant Information**

| Field | Value |
|---|---|
| NAME (Last, First, M.I.): | Stephens, Jason |
| AGE: | 28 |
| DATE OF BIRTH: | 1986-29-06 |
| HOME #: | 651/755-7635 |
| HOME ADDRESS: | P.O. Box 089002 |
| CITY: | Chicago |
| WORK/OTHER #: | 651/387-4009 |
| STATE: | IL |
| ZIP CODE: | 60608 |
| STATE I.D./D.L. #: | |
| STATE OF ISSUANCE: | |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**DATE OF INCIDENT:** Nov. 20, 2014
**TIME OF INCIDENT:** 4:30 P
**LOCATION OF INCIDENT:** Div 8 3 South

**PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:**
C/O Miller

**ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION?** ☒ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Chiron Betts | Division 8 3 South | |
| All Inmate Present, D.O.I. | Division 8 3 South Rms: 3133, 3135, 3137 | |

**PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.**

Concerning Inmate Grievance: Control # 20146856

On Nov. 20, 2014. I was approached by C/o Miller, about when and how many inmates are released from their cell at a given time. He then placed his camera (video recorder) in his pocket, at that point I requested to speak with Sergent. He began being sarcastic by showing me his upper collar of his T-shirt, and said Here is your white shirt. So I began to walk away, as speaking to another inmate.

**CONTINUED ON REVERSE**

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: _____ RECEIVED BY: _____
IAD/IG #: _____

**Complaint Narrative (Continued)**

So He continued to Argue with Me, And out of Nowhere He punched Me In the Face. I was Shocked that He would do such a thing, I was so Afraid As I wanted to Retaliate. So I Refused to lock-up, Eventually A Sergent came And Nothing was done to Rectify the Situation. So I grieved the Situation, And Officer Miller continues to Address Me with the Matter even though I have Moved to A different wing. I feel Threatened, And would Appreciate it if someone from You office would Investigate this Matter

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**

I have read this statement that I have voluntarily made, consisting of ___ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. __Jason Stephens__
(Print Name)

Complainant's Signature: _Jason Stephens_    Date: _12-16-14_

State of Illinois )
County of Cook )

Signed and sworn to before me on _12-16-2014_ by _JASON STEPHENS_
(date) (name of person making statement)

OFFICIAL SEAL
MURIEL C GAUTHIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/19/17

_Muriel C. G._
(signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. **PERJURY IS A CLASS 3 FELONY.**

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608