# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jason Stephens | ) | Case No: 15 CV 5971 |
| | ) | |
| v. | ) | Judge: John Robert Blakey |
| | ) | Magistrate Judge: Sidney I. Schenkier |
| | ) | |
| Miller | ) | |
| | ) | |

## ORDER

Enter Order for Limited Appointment of Settlement Assistance Program Counsel. Ms. Courtney Booth is given leave to file her appearance as settlement counsel for plaintiff. (For further detail see separate order(s).)

Date: January 6, 2017

/s/ _____
SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE