IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jason Stephens, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 15C 05971 |
| | ) | |
| Officer Miller, | ) | |
| | ) | |
| Defendant(s). | ) | |

**LIMITED APPOINTMENT OF**
**SETTLEMENT ASSISTANCE PROGRAM COUNSEL**

The Court hereby appoints the herein named attorney to represent the Plaintiff solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The appointed attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this appointment. On notice to the Court, appointed counsel may seek to end the representation of Plaintiff upon completion of the settlement conference.

| | |
|---|---|
| Name of Appointed Counsel: | Courtney Booth |
| Law Firm: | Edelson PC |
| Street Address: | 350 N. LaSalle Street |
| Suite Number: | Suite 1300 |
| City, State & Zip Code: | Chicago, IL 60654 |
| Telephone Number: | 312-572-7216 |

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Settlement Assistance Program Counsel.

Dated: 11/21/16

x _Jason V. Stephens_
Pro Se Plaintiff

ENTER:

Dated: 01-06-17

_____
Judge