IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JASON STEPHENS,<br><br>    *Plaintiff*,<br><br>v.<br><br>OFFICER MILLER,<br><br>    *Defendant*. | Case No. 1:15-cv-05971<br><br>Honorable Sidney I. Schenkier |

### ORDER GRANTING UNOPPOSED MOTION BY COURTNEY C. BOOTH FOR LEAVE TO WITHDRAW HER APPEARANCE AS APPOINTED COUNSEL OF RECORD FOR PLAINTIFF

This matter coming before the Court on the Unopposed Motion by Courtney C. Booth for Leave to Withdraw her Appearance as Appointed Counsel of Record for Plaintiff (the "Motion"), due and adequate notice having been given, and the Court being duly advised on the premises,

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. The Motion is granted.

2. Ms. Booth's limited appointment is withdrawn as Settlement Assistance Program counsel for Plaintiff Stephens.

3. Plaintiff Stephens shall continue to be represented by Benjamin H. Richman, Amir C. Missaghi, Elizabeth A. Winkowski, and Alexander G. Tievsky of Edelson PC for settlement purposes.

4. Mr. Tievsky is hereby appointed as Settlement Assistance Program counsel for Plaintiff Stephens.

**IT IS SO ORDERED.**

ENTERED: 2/24/17

/s/ Sidney I. Schenkier
HONORABLE SIDNEY I. SCHENKIER
UNITED STATES MAGISTRATE JUDGE